EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: José Rodríguez Rivera | 2007 TSPR 147<br><br>172 DPR _____ |

Número del Caso: TS-7685

Fecha: 2 de agosto de 2007

Abogado de la Parte Peticionaria:

Lcdo. Luis F. Camacho

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

José Rodríguez Rivera

TS-7685

SALA DE VERANO COMPUESTA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LAS JUECES ASOCIADAS SEÑORA FIOL MATTA Y SEÑORA RODRÍGUEZ RODRÍGUEZ

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de agosto de 2007

Examinada la "Moción solicitando reinstalación", presentada por José Rodríguez Rivera, y habiendo transcurrido el término de suspensión decretado mediante Opinión Per Curiam y Sentencia de 30 de abril de 2007, se ordena la reinstalación de éste al ejercicio de la abogacía en nuestra jurisdicción, efectiva dicha reinstalación el 10 de agosto de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo